UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VANIA L. ALLEN,

      Plaintiff,

  v.

UNITED STATES OF AMERICA, *et al.*,

      Defendants.

Case No. C24-1259-TL

ORDER

  Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff does not appear to have funds available to afford the $405.00 filing fee. Accordingly, Plaintiff's application to proceed IFP (dkt. # 1) is GRANTED. However, the Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle Plaintiff to a waiver of any other cost(s) of litigation.

  The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable Tana Lin.

//

//

ORDER - 1

Dated this 16th day of August, 2024.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MICHELLE L. PETERSON
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER - 2