UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VANIA L. ALLEN,

                    Plaintiff,

        v.

UNITED STATES OF AMERICA, et al.,

                    Defendants.

CASE NO. 2:24-cv-01259-TL

ORDER ON E-SERVICE

This matter comes before the Court on Plaintiff Vania L. Allen's Request for Service via e-mail, filed October 23, 2024. Dkt. No. 6. In the handwritten request, sent to the Court via the U.S. Postal Service, Plaintiff asked that: (1) notifications and updates in the case be forwarded to an email address; and that (2) the Seattle, Washington, mailing address listed on the docket be removed "until an updated mailing address is provided." *Id.*

**A.      Electronic Service**

To electronically file documents and receive notices in this District's Case Management/Electronic Case Files ("CM/ECF") system, a *pro se* litigant must first submit a Registration Form. By completing and submitting the form, the litigant provides the Court with

express written notice that they have waived their right to receive service of documents by First Class Mail. *See* Fed. R. Civ. P. 5(b)(2)(E). Here, Plaintiff has not submitted the form and has instead provided the aforementioned handwritten letter. Dkt. No. 6.

As Plaintiff no longer appears to be at the address provided upon filing the case and the Court is uncertain of Plaintiff's whereabouts, the Court will make an exception for Plaintiff in this instance. The Court will email its prior Order (Dkt. No. 7), as well as this Order, to Plaintiff. But to ensure further electronic service in this case, the Court recommends that Plaintiff register for CM/ECF.

The Court notes, however, that it is difficult to discern the email address in Plaintiff's handwritten submission; the Court recognizes it as: **KingKhogolee8@gmail.com**. The Court will enter this address as Plaintiff's email of record, and Plaintiff is advised to provide a corrected email address if necessary.

**B.    Mailing Address**

The Court notes that as of the date of this Order, Plaintiff has not provided an updated mailing address. Under Local Civil Rule 10(f), "[t]he address . . . noted on the first pleadings . . . shall be conclusively taken as the last known address . . . of [the] party." The Court is mindful of Plaintiff's request to remove the Seattle mailing address from the docket, *see* Dkt. No. 6, but due to the uncertainty of Plaintiff's email address, doing so could render the Court unable to contact Plaintiff at all. The Court thus finds it most prudent under Local Civil Rule 10(f) to continue to list Plaintiff's Seattle mailing address on the docket until Plaintiff duly notifies the Court of a new one.

Therefore, the Court:

1.  DIRECTS the Clerk to send Plaintiff the Order Dismissing Complaint Without Prejudice (Dkt. No. 7) using the **KingKhogolee8@gmail.com** email address.

2. Further DIRECTS the Clerk to send Plaintiff this Order, along with a copy of the Pro Se Registration Form for the Electronic Case Filing System, via mail to the mailing address on file, and also via email to **KingKhogolee8@gmail.com**.

3. ORDERS that Plaintiff SHALL provide the Court with a new mailing address as soon as Plaintiff is able to do so.

Dated this 11th day of December 2024.

Tana Lin
United States District Judge