UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VANIA L. ALLEN,<br><br>               Plaintiff,<br>  v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>               Defendants. | CASE NO. 2:24-cv-01259-TL<br><br>ORDER OF DISMISSAL |

      This matter is before the Court on Plaintiff's Motion for Dismissal. Dkt. No. 12. On May 7, 2025, the Court received from Plaintiff a document captioned "Motion for Dismissal." Although the Motion is presented on a state-court form intended for use in King County Superior Court, Plaintiff has clearly printed her United States District Court case number in the caption and identified the undersigned as the judge presiding over the matter. Plaintiff's intention here is unambiguous, and the Court therefore construes the filing as a Motion to Dismiss under Federal

ORDER OF DISMISSAL - 1

Rule of Civil Procedure 41(a). No Defendant has appeared or moved for summary judgment, and dismissal is therefore proper under Rule 41(a)(1)(A)(i).

    Accordingly, this case is DISMISSED WITHOUT PREJUDICE. The Clerk of Court is DIRECTED to close the case.

Dated this 9th day of May 2025.

Tana Lin
United States District Judge

ORDER OF DISMISSAL - 2